# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT, et al., ) | |
| Plaintiffs, | |
| v. | Civil Action No. 17-cv-01231 |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | |

## DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Defendants Central Intelligence Agency, et al. ("Defendants") hereby answer the Complaint filed by Plaintiffs The James Madison Project, et al. ("the Complaint") (Dkt. No. 1). The introductory, non-numbered paragraph contains Plaintiffs' characterization of this lawsuit, to which no response is required. Defendants answer the Complaint in the following numbered paragraphs, which correspond to the Complaint's numbered paragraphs:

1. This paragraph contains legal conclusions, to which no response is required.

2. This paragraph contains legal conclusions, to which no response is required.

3. Defendants lack knowledge or sufficient information to form a belief as to the truth of the allegations in this paragraph.

4. Defendants lack knowledge or sufficient information to form a belief as to the truth of the allegations in this paragraph.

5. Defendants lack knowledge or sufficient information to form a belief as to the truth of the allegations in this paragraph.

6.     Defendants admit that the Central Intelligence Agency ("CIA") is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1).  The remaining allegations in this paragraph contain legal conclusions, to which no response is required.

7.     Defendants admit that the Department of Defense ("DoD") is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1).  The remaining allegations in the first sentence contain legal conclusions, to which no response is required.  With regard to the second sentence, Defendants admit that the National Security Agency ("NSA") and the Defense Intelligence Agency ("DIA") are components within DoD.

8.     Defendants admit that the Department of Justice ("DOJ") is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1).  The remaining allegations in the first sentence contain legal conclusions, to which no response is required.  With regard to the second sentence, Defendants admit that the Federal Bureau of Investigation ("FBI") is a component within DOJ.

9.     Defendants admit that the Department of State ("State") is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1).  The remaining allegations in this paragraph contain legal conclusions, to which no response is required.

10.    Defendants admit the allegations in the first sentence.  The second sentence contains Plaintiffs' characterization of the Complaint, to which not response is required.  To the extent a response is deemed required, Defendants respectfully refer the Court to the Complaint for a full and accurate statement of its contents.

11.    This paragraph contains Plaintiffs' characterization of two media reports, to which not response is required.  To the extent a response is deemed required, Defendants

respectfully refer the Court to the media reports for a full and accurate statement of their contents.

12. Regarding the first sentence, Defendants admit that on May 16, 2017, President Trump posted the following statement on Twitter: "As President I wanted to share with Russia (at an openly scheduled W.H. meeting) which I have the absolute right to do, facts pertaining to terrorism and airline flight safety." With regard to the second and third sentences, Defendants admit that the cited media report quotes National Security Advisor H.R. McMaster as stating that it was "wholly appropriate" for President Trump to share the information, and that President Trump "wasn't aware of where this came from. He wasn't briefed on the source of this information[.]" Regarding the fourth sentence, Defendants admit that the cited media report quotes then White House Press Secretary Sean Spicer as stating that President Trump's electronic posts on Twitter are "official statements by the president of the United States." Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

13. The first sentence contains Plaintiffs' characterization of a newspaper article, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the newspaper article for a full and accurate statement of its contents. Regarding the second sentence, Defendants admit that the cited media report quotes President Trump as stating that he "never mentioned the word or the name Israel." Defendants also admit that the media report quotes the President as stating that "[t]hey're all saying I did, so you have another story wrong." Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

14. Defendants lack knowledge or sufficient information to form a belief as to the truth of the allegations in this paragraph.

15. Defendants repeat and incorporate by reference their responses to paragraphs 10 through 14 of the Complaint.

16. Admit.

17. This paragraph consists of Plaintiffs' characterization of the Freedom of Information Act ("FOIA") request they submitted to the CIA, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the request for a full and accurate statement of its contents.

18. This paragraph consists of Plaintiffs' characterization of the FOIA request they submitted to the CIA, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the request for a full and accurate statement of its contents.

19. This paragraph consists of Plaintiffs' characterization of the FOIA request they submitted to the CIA, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the request for a full and accurate statement of its contents.

20. This paragraph consists of Plaintiffs' characterization of the FOIA request they submitted to the CIA, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the request for a full and accurate statement of its contents.

21. This paragraph consists of Plaintiffs' characterization of the FOIA request they submitted to the CIA, to which no response is required. To the extent a response is deemed

required, Defendants respectfully refer the Court to the request for a full and accurate statement of its contents.

22.     Defendants admit the allegations in the first sentence.  The second sentence contains legal conclusions, to which no response is required.

23.     This paragraph contains legal conclusions, to which no response is required.

24.     Defendants repeat and incorporate by reference their responses to paragraphs 10 through 14 of the Complaint.

25.     Admit.

26.     With regard to the FOIA request submitted to the NSA, Defendants repeat and incorporate by reference their responses to the allegations in paragraphs 17 through 21 of the Complaint.

27.     Defendants admit the allegations in the first sentence.  The second sentence contains legal conclusions, to which no response is required.

28.     This paragraph contains legal conclusions, to which no response is required.

29.     Defendants repeat and incorporate by reference their responses to paragraphs 10 through 14 of the Complaint.

30.     Admit.

31.     With regard to the FOIA request submitted to the DIA, Defendants repeat and incorporate by reference their responses to paragraphs 17 through 21 of the Complaint.

32.     Defendants admit the allegations in the first sentence.  The second sentence contains legal conclusions, to which no response is required.

33.     This paragraph contains legal conclusions, to which no response is required.

34. Defendants repeat and incorporate by reference their responses to paragraphs 10 through 14 of the Complaint.

35. Admit.

36. With regard to the FOIA request submitted to the FBI, Defendants repeat and incorporate by reference their responses to paragraphs 17 through 21 of the Complaint.

37. Deny. Defendants admit that by letter dated June 6, 2017, the FBI acknowledged receipt of the FOIA request and designated the request as Request No. 1375632-000.

38. Defendants admit the allegations in the first sentence. The second sentence contains legal conclusions, to which no response is required.

39. This paragraph contains legal conclusions, to which no response is required.

40. Defendants repeat and incorporate by reference their responses to paragraphs 10 through 14 of the Complaint.

41. Admit.

42. With regard to the FOIA request submitted to State, Defendants repeat and incorporate by reference their responses to paragraphs 17 through 21 of the Complaint.

43. Defendants admit the allegations in the first sentence. The second sentence contains legal conclusions, to which no response is required.

44. This paragraph contains legal conclusions, to which no response is required.

The remaining paragraphs contain Plaintiffs' requested relief, to which no response is required. To the extent a response is deemed necessary, Defendants deny the allegations and aver that Plaintiffs are not entitled to any relief. Defendants also deny all allegations in the Complaint not expressly admitted or denied.

## DEFENSES

### FIRST DEFENSE

Plaintiffs have failed to effectuate proper service on State.

### SECOND DEFENSE

All or part of the Complaint fails to state a claim upon which relief can be granted because it does not present a valid FOIA request by failing to reasonably describe the records sought. *See* 5 U.S.C. § 552(a)(3)(A)(i).

### THIRD DEFENSE

Some or all of the requested documents and information are exempt from disclosure. *See* 5 U.S.C. § 552(b).

### FOURTH DEFENSE

Defendants have exercised due diligence in processing Plaintiffs' FOIA requests and exceptional circumstances exist that necessitate additional time for Defendants to complete the processing of the FOIA request. *See* 5 U.S.C. § 552(a)(6)(C).

//

//

//

//

//

//

//

//

WHEREFORE, having fully answered the claims in Plaintiffs' Complaint, Defendants assert that Plaintiffs are not entitled to the relief requested, or to any relief whatsoever. Accordingly, Defendants request that they be given such other relief as the Court deems just and proper.

Dated:  August 10, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7318
Washington, D.C. 20530
Tel: (202) 305-8177
Email: stephen.elliott@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017, I electronically transmitted the foregoing to the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

> */s/ Stephen M. Elliott*
> STEPHEN M. ELLIOTT
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7318
> Washington, D.C. 20530