# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 17-cv-01231<br>) |
| CENTRAL INTELLIGENCE<br>AGENCY, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## STATUS REPORT

1.   Defendants Central Intelligence Agency, *et al.* ("Defendants"), by and through undersigned counsel, respectfully submit this status report. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves requests for "records memorializing the circumstances surrounding the decision by President Donald J. Trump . . . to convey classified information to Russian Government officials[.]" *See* Compl. ¶ 10. On August 11, 2017, the Court instructed Defendants to file their dispositive brief or, alternatively, "a report setting forth the schedule according to which it will complete its production of documents to Plaintiffs on or before September 11, 2017." *See* Dkt. No. 6.

2.   The Government can report that the defendant agencies, with one exception, have provided their final responses to Plaintiffs. The Defense Intelligence Agency ("DIA") has completed its search for responsive materials, and it has informed Plaintiffs that it did not identify any responsive records. The Federal Bureau of Investigation ("FBI"), Central Intelligence Agency ("CIA"), and National Security Agency ("NSA") have informed Plaintiffs

that they can neither confirm nor deny whether they possess responsive materials without revealing information that is exempt from disclosure by FOIA—a so-called "Glomar" response.

      3.      The Department of State ("State") will require a modest amount of additional time to complete its search for responsive records.  The parties have conferred and they agree that State will finish its search and release any non-exempt, responsive materials by September 29, 2017.

      4.      The parties also propose that they file cross-motions for partial summary judgment with regard to the Glomar responses provided by the CIA, FBI, and NSA.  After the parties have litigated the propriety of the Glomar responses, they will file cross-motions for partial summary judgment, if necessary, addressing the substantive responses provided by the DIA and State.  At Plaintiffs' request, Plaintiffs will move for partial summary judgment on the Glomar responses before Defendants file their motion.  The parties, therefore, respectfully ask the Court to adopt the following briefing schedule:

- Plaintiffs will file their motion for partial summary judgment by September 18, 2017.

- Defendants will file their combined opposition to Plaintiffs' motion for partial summary judgment and cross-motion for partial summary judgment by October 18, 2017;

- Plaintiffs will file their combined reply memorandum in support of partial summary judgment and opposition to Defendants' cross-motion for partial summary judgment by November 1, 2017.

- Defendants will file their reply memorandum in support of partial summary judgment by November 15, 2017.

Dated: September 8, 2017             Respectfully submitted,

                                            CHAD A. READLER
Acting Assistant Attorney General, Civil Division

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Massachusetts Avenue, N.W., Room 7318
Washington, D.C. 20530
Tel: (202) 305-8177
Email: stephen.elliott@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, I electronically transmitted the foregoing to the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

>*/s/ Stephen M. Elliott*
>STEPHEN M. ELLIOTT
>Trial Attorney
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7318
>Washington, D.C. 20530