**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-01231 |
| CENTRAL INTELLIGENCE AGENCY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF RELATED CASE**

Defendants hereby notify the Court about a Freedom of Information Act ("FOIA") case, currently pending before another member of this Court, seeking records related to the same subject matter, from the same agencies, in which those agencies provided the same response as they provided Plaintiff The James Madison Project. *See* Local Rule 40.5. Specifically, on March 14, 2018, Citizens for Responsibility and Ethics in Washington ("CREW") initiated a lawsuit against the Central Intelligence Agency ("CIA") and National Security Agency ("NSA") involving FOIA requests for "records relating to the meeting President Donald Trump had with Russian Foreign Minister Sergei Lavrov and Russian Ambassador Sergey Kislyak on May 10, 2017." *See Citizens for Responsibility and Ethics in Washington v. National Security Agency, et al.*, Case No. 18-00569, Compl. ¶ 1, Dkt. No. 1. Like the instant case, the Government informed CREW that the CIA and NSA can neither confirm nor deny whether they possess records responsive to CREW's FOIA request without revealing information that is exempt from disclosure by FOIA. *See* Joint Proposed Schedule, Dkt. No. 9. The Government intends to file a

motion to stay CREW's lawsuit pending a resolution of the cross-motions for summary judgment currently before this Court. *See id.*

Therefore, the Government notifies the Court that the cases are related for purposes of Local Rule 40.5. *See* L.R. 40.5(a)(3) ("Civil, including miscellaneous, cases are deemed related when the earliest is still pending on the merits in the District Court and they . . . involve common issues of fact, or [] grow out of the same event or transaction[.]").

Dated: May 10, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch


*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7318
Washington, D.C. 20530
Tel: (202) 305-8177
Email: stephen.elliott@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2018, I electronically transmitted the foregoing to the

clerk of court for the United States District Court for the District of Columbia using the CM/ECF

filing system.


/s/ Stephen M. Elliott
STEPHEN M. ELLIOTT (PA Bar# 203986)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7318
Washington, D.C. 20530